IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 2:00CR0314-001 SEH |
| ALEJANDRO VASQUEZ-RIVERA, | ) |
| Defendant(s). | ) |

ORDER

THIS MATTER come before the Court upon the United States' Motion to Petition the Court for Remission of Special Penalty Assessment. Under the petition of the Government pursuant to Title 18, U.S.C. § 3573, as amended, it is hereby:

ORDERED that the balance of the Special Penalty Assessment imposed on the defendant, Alejandro Vasquez-Rivera, on July 20, 2000, in the above captioned and numbered action is remitted in full.

Dated _May 7_, 2002

_____
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

DAVID C. IGLESIAS
United States Attorney
District of New Mexico

_____
MANUEL LUCERO
Assistant US Attorney